

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Sylas Nyuydzene Verdzekov, DEFENDANT(S). | CASE NUMBER 2:25-cr-123-AB ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __3/4/25__, at __11:30__ ☒a.m. / ☐p.m. before the Honorable __J. Chodjran__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __2/27/25__                      _____
                                        U.S. District Judge/Magistrate Judge