UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| Case No.: | 2:25-cr-00123-AB-1 | Date: | June 13, 2025 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter | None present |

| Evelyn Chun | Laura Elias | Gregg E. Marmaro |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Sylas Nyuydzene Verdzekov | √ | √ | | James S. Threatt, DFPD | √ | √ | |

**Proceedings:** **CHANGE OF PLEA (Held and Completed)**

Defendant moves to change plea to the Single-Count Indictment.

Defendant now enters a new and different plea of Guilty to the Single-Count Indictment.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **September 26, 2025, at 1:30 p.m., for sentencing.**

The Court vacates the Jury Trial date and Status Conference date.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

cc:    USPO, PSA

|  | : | 44 |
|---|---|---|
| Initials of Deputy Clerk | EVC | |