# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYLAS NYUYDZENE VERDZEKOV,<br><br>　　　　Defendant. | Case No. CR 25-CR-00123-AB<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued from September 26, 2025, to October 10, 2025, at 1:30 p.m.

DATED: August 4, 2024          By _____
　　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE